# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 8, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151600(57)(59)

CHANCE LOWERY,
      Plaintiff-Appellee,

v

ENBRIDGE ENERGY, LIMITED PARTNERSHIP
and ENBRIDGE ENERGY PARTNERS, L.P.,
      Defendants-Appellants.

_____/

SC: 151600
COA: 319199
Calhoun CC: 2011-003414-NO

      On order of the Chief Justice, the motion of plaintiff-appellee to amend his brief and appendices on appeal is GRANTED. The amended brief and appendices are accepted for filing as of today's date. The motion of defendants-appellants to strike plaintiff-appellee's original brief and appendices is DENIED as moot.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 8, 2016



Clerk